# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| BAYVIEW LOAN SERVICING LLC, | : | No. 310 WAL 2017 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| JAMES BERNARD WICKER AND BERYL G.WICKER, | : | |
| | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 17th day of January, 2018, the Petition for Allowance of Appeal is **GRANTED.**, **LIMITED TO** the issues set forth below.  Allocatur is **DENIED** as to all remaining issues.  The issues, as stated by petitioner, are:

(1) Did the Superior Court err in affirming the decision of the trial court which found the [Respondent's] witness competent to testify and received evidence under the business records exception to the hearsay rule?

(2) As to the contested evidence received by the Court, will a grant of allocatur, here, resolve the conflict between both *U.S. Bank v. Pautenis; Boyle v. Steiman* and *Commonwealth Financial Systems v. Smith* as to the admissibility of witness testimony at a debt collection trial?